# Court of Appeals
# of the State of Georgia

ATLANTA,   August 16, 2016

*The Court of Appeals hereby passes the following order:*

**A16I0262. GEOFFREY CRAIG PICKENS v. THE STATE.**

After a hearing on March 28, 2016, the trial court entered an order on June 23, 2016, in which it denied the motions to suppress filed by Geoffrey Craig Pickens. The trial court entered a certificate of immediate review on July 12, 2016,[1] and Pickens filed this application for interlocutory appeal on July 21, 2016. We, however, lack jurisdiction.

Under OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. If the certificate of immediate review is not entered within that ten-day period, it is untimely, and the party seeking review must wait until the final judgment to appeal. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Here, the trial court did not enter its certificate of immediate review within ten days of the order Pickens seeks to appeal. Accordingly, we lack

---

[1] In the certificate of immediate review, the trial court's order indicates that the motions were denied on July 14, 2014. Based on the application materials, however, that date appears to be incorrect.

jurisdiction to consider this application for interlocutory appeal, which is therefore

DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____08/16/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*